JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNA

| | |
|---|---|
| AMY HORST, an individual, JENNIFER WILLIAMS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MCDERMID TRANSPORTATION, INC., a corporation; JEFFREY MOON, an individual; and DOES 1-50,<br><br>Defendants. | Case No.  5:25−cv−02813 FMO (MBKx)<br><br>**ORDER ON STIPULATION [12] REGARDING DISMISSAL BY THE PARTIES**<br><br>[Assigned for all purposes to Hon. Fernando M. Olquin]<br><br>Complaint Filed: 06/24/2025<br><br>Trial Date:  None Set |

The Court, having considered the parties' joint stipulation of Settlement and Request for Dismissal of the Action [DKT 12], and finding proper bases for the relief requested, hereby Orders this matter dismissed.

DATED:

By: ____/s/   Fernando M. Olguin____
UNITED STATES DISTRICT JUDGE

---

1
ORDER OF THE COURT REGARDING DISMISSAL BY STIPULATION OF THE PARTIES